U.S. District Court Judge RICHARD A. JONES
U.S. Magistrate Judge MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

CHRISTOPHER McNEELY,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C18-5501-RAJ-MAT

AGREED ORDER RE EAJA FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $6,229.44 are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to JEANETTE LAFFOON, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///

///

AGREED ORDER RE EAJA FEES   - Page 1
[C18-5501-RAJ-MAT]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Any check for EAJA fees shall be mailed to Plaintiff's counsel, <u>JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA 98501</u>.

DATED this 30th day of July, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

AGREED ORDER RE EAJA FEES — Page 2
[C18-5501-RAJ-MAT]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276